```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Emily Gutierrez,

                    Plaintiff,

-against-

Commissioner of Social Security,

                    Defendant.

1:24-cv-06669 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file any response to Defendant's motion to change venue (ECF No. 11) no later than Thursday, January 23, 2025 and Defendant shall file any reply no later than January 30, 2025.

**SO ORDERED.**

Dated:    New York, New York
            December 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge